UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILIFE VRENA DE GUERRERO,
       Plaintiff,

-v-

DANNY'S FURNITURE INC., *et al.*,
       Defendants.

19-CV-7284 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  In light of the referral of this case to Magistrate Judge Debra C. Freeman (Dkt. No. 33), the status conference previously scheduled for February 7, 2020, is hereby adjourned *sine die*.

  SO ORDERED.

Dated: January 30, 2020
    New York, New York

                _____
                J. PAUL OETKEN
                United States District Judge