UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILIFE VREÑA DE GUERRERO, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*<br><br>    Plaintiff,<br><br>        v.<br><br>DANNY'S FURNITURE INC<br>    d/b/a DANNY'S FURNITURE,<br>DANNY'S FURNITURE II INC<br>    d/b/a MADDY'S FURNITURE,<br>DEE & DEE DISCOUNT STORE INC<br>    d/b/a DEE & DEE DISCOUNT STORE,<br>IN & OUT FURNITURE STORE INC<br>    d/b/a DANNY'S FURNITURE, and<br>MAHMOUD ELBANA,<br><br>    Defendants. | Case No.: 19-cv-07284<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT** |

**PLEASE TAKE NOTICE** that upon the Affidavit of Anne Seelig, Esq. and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff WILIFE VREÑA DE GUERRERO hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against DANNY'S FURNITURE INC d/b/a DANNY'S FURNITURE, DANNY'S FURNITURE II INC d/b/a MADDY'S FURNITURE, DEE & DEE DISCOUNT STORE INC d/b/a DEE & DEE DISCOUNT STORE, IN & OUT FURNITURE STORE INC d/b/a DANNY'S FURNITURE, and MAHMOUD ELBANA, jointly and severally, together with such other relief as the Court deems just and proper.

Pursuant to Local Rule 55.2(b), attached to the Affidavit of Anne Seelig, Esq. are copies of the Clerk's Certificate of Default, pleadings, Defendants' waiver of service, and Plaintiff's Affidavit in support and damage calculations.

Dated: New York, New York　　　　　　　　　LEE LITIGATION GROUP, PLLC
　　　　　January 29, 2021　　　　　　　By:　  */s/ Anne Seelig*

　　　　　　　　　　　　　　　　　　　　　Anne Seelig, Esq. (AS 3976)
　　　　　　　　　　　　　　　　　　　　　Lee Litigation Group, PLLC
　　　　　　　　　　　　　　　　　　　　　148 West 24th Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10011
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 661-1008
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 465-1181
　　　　　　　　　　　　　　　　　　　　　Email: anne@leelitigation.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*