UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILIFE VREŇA DE GUERRERO,

                        Plaintiff,                        19 **CIVIL** 7284 (LJL)

          -against-                     **DEFAULT JUDGMENT**

DANNY'S FURNITURE INC., et al.,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order granting Default Judgment dated September 13, 2021, the Court concludes that Plaintiff is entitled to relief on her claims for back wages and for wage notice and wage statement violations.

Plaintiff's damages as follows:

- $24,557.00 in back wages under the NYLL; $24,557.00 in liquidated damages; $5,000 for Defendants' violation of NYLL § 195(1) and $5,000 for Defendants' violation of NYLL § 195(3).  Default Judgment is hereby entered in favor of Plaintiff against the Defendants in the total sum of $59,114.00; accordingly, this case is closed.

**Dated:**  New York, New York
            September 14, 2021

                                                         **RUBY J. KRAJICK**
                                                         Clerk of Court
                                          **BY:**
                                                          Deputy Clerk